**Order filed December 6, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00726-CR
_____

**RICHARD EARL ORTIZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 262nd District Court
Harris County, Texas
Trial Court Cause No. 1319044**

## ORDER

Appellant has filed a motion to supplement the record.  The motion is granted. The clerk of the 262nd District Court is directed to deliver to the Clerk of this court the original of **State's Exhibit 1, a recording of a 911 call**, on or before **December 17, 2012.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of **State's Exhibit 1, a recording of a 911 call**, to the clerk of the 262nd District Court.

PER CURIAM